UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOICHI SAITO,

    Plaintiff,

v.                                     Case No.:   2:22-cv-515-SPC-KCD

20TH JUDICIAL CIRCUIT
COURT FOR COLLIER COUNTY,
FLORIDA, ALEXIS G. MOFFAT
and ROB CROWN,

    Defendants.
_____/

**ORDER**[1]

Before the Court is pro se Plaintiff Koichi Saito's Notice of Removal to United States District Court (Doc. 6) that seems to supplement an earlier filed removal notice with extra state court papers and other supporting documents (Doc. 1). The Court, however, has already dismissed this action for lack of subject matter jurisdiction and has remanded it to the Twentieth Judicial Circuit in and for Collier County, Florida. (Doc. 5). And there's nothing in Plaintiff's latest filing to change the Court's decision to remand. Because this

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

action has been returned to state court for jurisdictional reasons, it remains closed.

Accordingly, it is now

**ORDERED**:

This action remains **DISMISSED** for lack of subject matter jurisdiction and remains **REMANDED** to the Twentieth Judicial Circuit in and for Collier County, Florida.

**DONE** and **ORDERED** in Fort Myers, Florida on September 14, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record